UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUL 06 2022 SH

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) No. |
| v. | ) |
| | ) Violation: Title 18, United States |
| HARVIELL BATES | ) Code, Section 922(a)(6) |
| | ) |
| | ) **UNDER SEAL** |

### COUNT ONE

The SPECIAL APRIL 2021 GRAND JURY charges:

On or about March 8, 2021, at Mokena, in the Northern District of Illinois, Eastern Division,

HARVIELL BATES,

defendant herein, in connection with the acquisition of a firearm, namely, a Glock 23 40 caliber pistol, bearing serial number BSDL435, from Shoot Point Blank, located in Mokena, Illinois, a licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44, did knowingly make a false and fictitious written statement to Shoot Point Blank, which statement was intended and likely to deceive Shoot Point Blank, with respect to a fact material to the lawfulness of the sale of said firearm to the defendant, under Title 18, United States Code, Chapter 44, in that the defendant represented on a Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that he was the buyer of the

1

22CR342
Judge Thomas M. Durkin
Magistrate Judge Heather K. McShain
RANDOm

firearm, when in fact, as the defendant then knew, he was not the actual buyer of the firearm;

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT TWO

The SPECIAL APRIL 2021 GRAND JURY further charges:

On or about June 20, 2021, at Mokena, in the Northern District of Illinois, Eastern Division,

HARVIELL BATES,

defendant herein, in connection with the acquisition of a firearm, namely one or more of the following: a Glock 48 9mm pistol, bearing serial number AFPV492, and a Glock 19 9mm pistol, bearing serial number BSWW994, from Shoot Point Blank, located in Mokena, Illinois, a licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44, did knowingly make a false and fictitious written statement to Shoot Point Blank, which statement was intended and likely to deceive Shoot Point Blank, with respect to a fact material to the lawfulness of the sale of said firearm to the defendant under Title 18, United States Code, Chapter 44, in that the defendant represented on a Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that he was the buyer of the firearm, when in fact, as the defendant then knew, he was not the actual buyer of the firearm;

In violation of Title 18, United States Code, Sections 922(a)(6).

A TRUE BILL:

_____
FOREPERSON

_____
Signed by Sarah Streicker on behalf of the
UNITED STATES ATTORNEY